UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 2:26-07129 VBF (ADS) Date: July 31, 2026

Title: *Marina Morse, et al. v. County of Los Angeles, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE ADDRESS**

On July 20, 2026, mail sent to Plaintiff Marina Morse's address of record was returned to the Court undeliverable. (Dkt. No. 7.) Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. **Therefore, Plaintiff is ORDERED TO SHOW CAUSE by no later than August 14, 2026, why this action should not be dismissed for failing to comply with the Court's Local Rules.** The filing of a Notice of Change of Address by **August 14, 2026** will discharge this Order to Show Cause.

If Plaintiffs no longer desire to pursue this action, Plaintiffs may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Plaintiff's convenience.

**Plaintiff is hereby cautioned that failing to comply with this Order may result in the recommendation that this action be dismissed for failure to prosecute, obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh